ALMIRA GODFREY, as Administratrix of JAMES W. GODFREY, Deceased, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*Godfrey* v. *City of New York,* 104 App. Div. 357, affirmed.
(Argued May 2, 1906; decided May 22, 1906.) ·

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 24, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have been caused by defendant's negligence.

*John J. Delany, Corporation Counsel (Austen G. Fox* of counsel), for appellant.

*Frank S. Black* and *Theodore B. Chancellor* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.